460 A.2d 843

Commonwealth, Appellant v. Munn.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.
Order affirmed.

460 A.2d 844

Commonwealth v. Nelson, Appellant.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.
Order and judgment of sentence affirmed.